THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-CV-1064-TMH |
| | ) | [WO] |
| | ) | |
| A.J. HARDY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On December 16, 2009, the Magistrate Judge filed a Recommendation (Doc. 9) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 9) of the Magistrate Judge is ADOPTED, and

2. This case be DISMISSED without prejudice for failure of the plaintiff to properly prosecute this cause of action.

An appropriate judgment will be entered.

Done this 14th day of January, 2010.


/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE