THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE GRANT,                                )
                                             )
            Plaintiff,                       )
                                             )
      v.                                     )        2:09-CV-1064-TMH
                                             )            [WO]
                                             )
A.J. HARDY, *et al.*,                        )
                                             )
            Defendants.                      )

## **<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the

ORDER, JUDGMENT, and DECREE of the Court that this case be dismissed without

prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 14th  day  of January, 2010.


/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE